**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **VIRGAL WOOLFOLK, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:26-cv-04058-MDH** |
| | ) | |
| **LUNDA CONSTRUCTION COMPANY, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice. (Doc. 38). The parties stipulate to the dismissal of this action, and all claims presently asserted in it, without prejudice. Specifically, they stipulate that Plaintiffs' claims against Defendants Lunda Construction Company and Bulmaro Perez are dismissed without prejudice; and that Defendant/Third-Party Plaintiff Lunda Construction Company's Petition and all claims asserted against Third-Party Defendant Quality Saw & Seal, Inc. are dismissed without prejudice. They further stipulate that each party shall bear its own attorney's fees and costs.

WHEREFORE, after reviewing the parties' Joint Stipulation of Dismissal without Prejudice, the Court hereby **DISMISSES** this case in its entirety, without prejudice, as outlined above.

**IT IS SO ORDERED.**

Dated: October 2, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**